**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 564 MAL 2018

                Respondent    :

                :    Petition for Allowance of Appeal from

                :    the Order of the Superior Court

             v.             :

                :

STEVEN JAMAL WILLIFORD,    :

                :

                Petitioner    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 31st day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.